IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FORREST THOMAS, III**     **PETITIONER**

**v.**     **No. 3:18CV238-DMB-DAS**

**WARDEN TAYLOR, ET AL.**     **RESPONDENTS**

## ORDER DIRECTING STATE TO RESPOND

Forrest Thomas, III has filed a petition for relief under 28 U.S.C. § 2254. The case was stayed so that the state trial court could conduct a competency hearing to determine whether Mr. Thomas was competent to enter his guilty plea. The State court has issued its ruling, and the stay has been lifted. It is therefore **ORDERED:**

1. That no later than May 31, 2021, respondent, through the Attorney General of the State of Mississippi, file an answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the revocation of the petitioner's accrued earned time, meritorious earned time, and trusty time credits regarding his sentence on charges of kidnapping of a minor and manslaughter in the Circuit Court of Washington County, Mississippi (to the extent such are relevant to the State's response).

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon the Attorney General of the State of Mississippi, or lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed

acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of this lawsuit.

**SO ORDERED**, this, the 17th day of March, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE