IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FORREST THOMAS, III**                                        **PETITIONER**

v.                                            **No. 3:18CV238-DMB-DAS**

**WARDEN TAYLOR, ET AL.**                                    **RESPONDENTS**

**ORDER DISMISSING AS MOOT PETITIONER'S MOTION [40]
TO COMPEL THE STATE TO SERVE HIM WITH A
COPY OF ITS RESPONSE**

This matter comes before the court on the motion [40] by the petitioner to compel the State to provide him a copy of its Response to his petition for a writ of *habeas corpus*. As the petitioner has since received a copy of the Response and filed his Traverse containing arguments based on that Response, the instant motion [40] is **DISMISSED** as moot.

**SO ORDERED**, this, the 15th day of September, 2021.

                                                       /s/ David A. Sanders
                                                       DAVID A. SANDERS
                                                       UNITED STATES MAGISTRATE JUDGE