# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FORREST THOMAS, III**                                                              **PETITIONER**

**V.**                                         **NO. 3:18-CV-238-DMB-DAS**

**WARDEN TAYLOR, et al.**                                      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered this day, Forrest Thomas, III's petition for a writ of habeas corpus is **DENIED**. A certificate of appealability is **DENIED.**

**SO ORDERED**, this 22nd day of March, 2022.

                                                        /s/Debra M. Brown
                                                        **UNITED STATES DISTRICT JUDGE**